

2021 MCKINNEY AVE
SUITE 1600
DALLAS, TX 75201
214.999.3000 TEL
214.999.4667 FAX
FOLEY.COM

WRITER'S DIRECT LINE
214.999.4868
sobenhaus@foley.com

CLIENT/MATTER NUMBER
634722/0022

ACCEPTED
15-25-00021-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
3/11/2025 12:00 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
3/11/2025 12:00:45 PM
CHRISTOPHER A. PRINE
Clerk

March 11, 2025

**Via Electronic Mail**

Christopher Prine, Clerk
Fifteenth Court of Appeals
P.O. Box 12852
Austin, Texas 78711

Re:   *Pfizer Inc. v. State of Texas*, No. 15-25-00021-CV (Tex. App. [15th Dist.] docketed Feb. 28, 2025)

Dear Mr. Prine:

Please enter the appearance of counsel below as additional counsel for petitioner-appellant <u>Pfizer Inc</u>. —with this address:

Stacy R. Obenhaus
Texas Bar No. 15161570
sobenhaus@foley.com
Foley & Lardner LLP
2021 McKinney Avenue, Suite 1600
Dallas, Texas 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667

Please list Ed Burbach as lead counsel for appellant, Pfizer Inc.

Sincerely yours,

Stacy R. Obenhaus

cc:   All counsel on service list

AUSTIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DENVER | DETROIT | HOUSTON | JACKSONVILLE | LOS ANGELES
MADISON | MEXICO CITY | MIAMI | MILWAUKEE | NEW YORK | ORLANDO | SACRAMENTO | SALT LAKE CITY | SAN DIEGO
SAN FRANCISCO | SILICON VALLEY | TALLAHASSEE | TAMPA | TOKYO | WASHINGTON, D.C.

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kristin Hernandez on behalf of Stacy Obenhaus
Bar No. 15161570
kristin.hernandez@foley.com
Envelope ID: 98313553
Filing Code Description: Letter
Filing Description: Entry of Appearance
Status as of 3/11/2025 1:03 PM CST

Associated Case Party: Tarik Ahmed

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Earl Thames | 785097 | Glennthames@potterminton.com | 3/11/2025 12:00:45 PM | SENT |
| Jason T.Brown | | jtb@jtblawgroup.com | 3/11/2025 12:00:45 PM | SENT |
| Patrick S.Almonrode | | patalmonrode@jtblawgroup.com | 3/11/2025 12:00:45 PM | SENT |
| Michael E.Jones | | mikejones@potterminton.com | 3/11/2025 12:00:45 PM | SENT |

Associated Case Party: Tris Pharma Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Harry Gillam | 7921800 | gil@gillamsmithlaw.com | 3/11/2025 12:00:45 PM | SENT |
| Andrew Gorham | 24012715 | tom@gillamsmithlaw.com | 3/11/2025 12:00:45 PM | SENT |
| William E.Lawler, III | | william.lawler@blankrome.com | 3/11/2025 12:00:45 PM | SENT |
| Bobbye Pyke | | Bobbye.Pyke@blankrome.com | 3/11/2025 12:00:45 PM | SENT |
| Huaou Yan | | huaou.yan@blankrome.com | 3/11/2025 12:00:45 PM | SENT |

Associated Case Party: The State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jonathan Bonilla | 24073939 | Jonathan.Bonilla@oag.texas.gov | 3/11/2025 12:00:45 PM | SENT |
| Jordan Underhill | 24102586 | jordan.underhill@oag.texas.gov | 3/11/2025 12:00:45 PM | SENT |
| Nadia Burns | 24041176 | nadia.burns@oag.texas.gov | 3/11/2025 12:00:45 PM | SENT |
| Vivian Egbu | | vivian.egbu@oag.texas.gov | 3/11/2025 12:00:45 PM | SENT |

Associated Case Party: Pfizer Inc.

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kristin Hernandez on behalf of Stacy Obenhaus
Bar No. 15161570
kristin.hernandez@foley.com
Envelope ID: 98313553
Filing Code Description: Letter
Filing Description: Entry of Appearance
Status as of 3/11/2025 1:03 PM CST

Associated Case Party: Pfizer Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Stefan Schropp | | stefan.schropp@ropesgray.com | 3/11/2025 12:00:45 PM | SENT |
| Samantha BarrettBadlam | | samantha.badlam@ropesgray.com | 3/11/2025 12:00:45 PM | SENT |
| Edward Burbach | | eburbach@foley.com | 3/11/2025 12:00:45 PM | SENT |
| George Valton | | val@valjoneslaw.com | 3/11/2025 12:00:45 PM | SENT |
| Stacy Obenhaus | | sobenhaus@foley.com | 3/11/2025 12:00:45 PM | SENT |
| Kristin Hernandez | | kristin.hernandez@foley.com | 3/11/2025 12:00:45 PM | SENT |